UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| YISROEL BLAUSTIEN, | : | Civil Action No: 3:16-cv-06125-FLW-DEA |
| Plaintiff, | : : : | |
| - against - | : : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CAPITAL ONE BANK USA, N.A., and JOHN DOES 1-25, | : : : : | |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
January 30, 2017

| | |
|---|---|
| THE LAW OFFICES OF BENJAMIN G. KELSEN, ESQ. LLC | McGUIREWOODS LLP |
| By: *s/ Benjamin G. Kelsen* | By: *s/ Philip A. Goldstein* |
| Benjamin G. Kelsen, Esq. | Philip A. Goldstein, Esq. |
| 1415 Queen Anne Road, Suite 206 | 1345 Avenue of the Americas, 7th Fl. |
| Teaneck, NJ 07666 | New York, New York  10105-0106 |
| (201) 837-0364 | (212) 548-2100 |
| bgkelsen@kelsenlaw.com | pagoldstein@mcguirewoods.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

s/ Freda L. Wolfson                              January 31, 2017
HONORABLE FREDA L. WOLFSON             Date